UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
AT MILWAUKEE

JOAN McCANTS, ESTATE OF
JERMAINE CLAYBROOKS,
BIOLOGICAL MINOR CHILDREN
J.J.C., by and through KAYENNE ALLEN,
as parent and guardian, and J.D.C., by and
through MARKIA S. LOVE, as parent and
guardian,

Case No. 2:17-cv-1507

     Plaintiffs,

   V.

CITY OF MILWAUKEE,
POLICE CHIEF EDWARD FLYNN,
MILWAUKEE POLICE OFFICERS JOHN SCHOTT,
MARTEZ BALL, and JOHN IVY, WEST ALLIS
POLICE OFFICERS TODD KURTZ, and
P.O. DANIEL DITTORRICE, and SPECIAL AGENT
JAMES KRUEGER, Drug Enforcement Agency,

     Defendants.
_____/

## MOTION TO WITHDRAW

  COMES NOW the above-captioned defense counsel, Attorney Walter W. Stern III, who currently represents Kayenne Allen, general guardian of J.J.C. One of the plaintiffs, Kayenne Allen, has discharged counsel in representing her due to a fundamental disagreement between lawyer and client.

  Because continued representation of said plaintiff would be unethical and improper, counsel requests that the Court sign an Order permitting counsel to withdraw, so that said Plaintiff can retain alternate counsel.

  A copy of this motion is sent to Kayenne Allen at 466 E. Holt Avenue, Milwaukee, WI 53207.

Plaintiffs' counsel requests that the Court enter an Order permitting withdraw within ten (10) days of the receipt of this motion, unless there is any objection to this withdraw by the Court or by the Plaintiff.

Dated this 9th day of November, 2017

*[signature]*

Walter W. Stern III
Attorney for Petitioners
State Bar No. 1014060
920 85th Street, Unit 123
Kenosha, WI 53142
(262) 880-0192/(262) 997-1101
wstern1@wi.rr.com