UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOAN McCANTS, ESTATE OF
JERMAINE CLAYBROOKS,
BIOLOGICAL MINOR CHILDREN
J.J.C., by and through KAYENNE ALLEN,
as parent and guardian, and J.D.C., by and
through MARKIA S. LOVE, as parent and
guardian,

                Plaintiffs,

v.

Case No. 2:17-cv-1507

CITY OF MILWAUKEE,
POLICE CHIEF EDWARD FLYNN,
MILWAUKEE POLICE OFFICERS JOHN SCHOTT,
MARTEZ BALL, and JOHN IVY, WEST ALLIS
POLICE OFFICERS TODD KURTZ, and
P.O. DANIEL DITTORRICE, and SPECIAL AGENT
JAMES KRUEGER, Drug Enforcement Agency,

                Defendants.

_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

It appearing that the Plaintiff, Estate of Jermaine Claybrooks, incorrectly and erroneously named a personal administrator who had not yet been appointed by the Milwaukee County Probate Court, it is hereby requested and moved that the Court dismiss the action without prejudice.

This motion should be granted to dismiss without prejudice.

Dated this 22nd day of November, 2017.

                By:    *Electronically signed by Walter W. Stern III*
                         WALTER W. STERN III
                         Counsel for Plaintiffs

Law Office of Walter W. Stern III
920 85th Street, Unit 123
Kenosha, WI 53143
Phone: (262) 880-0192
Fax: (262) 977-1101
wstern1@wi.rr.com

Page 1 of 1

Case 2:17-cv-01507-PP   Filed 11/22/17   Page 1 of 1   Document 5