Keyanna Allen
466 East Holt Ave
Milwaukee, WI 53207

December 18, 2017

Honorable Judge Pamela Pepper
United States District Court Eastern District of Wisconsin
517 East Wisconsin Ave Room 362
Milwaukee, WI 53202

RE: Case No. 17-cv-1507-pp

Dear Honorable Judge Pepper,

I am writing to inform you that I have received your order granting Attorney Walter Stern III motion to withdraw as my counsel. With having no objection to the withdrawal of counsel, I also have no objections to the court dismissing my case without prejudice.

As I continue to seek representation to re-file the federal case, my concern in this matter is the continuous refusal of representation related to the mistakes and errors made in the above case.

Thank you, Your Honor, for all your time in this matter.

Sincerely,

Keyanna Allen
414.750.2223